UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CLAUDE ROBERTSON and JOHN SZALASNY, individually, and on behalf of others similarly situated,

   Plaintiffs,

   vs.

TRINITY PACKAGING CORPORATION,

   Defendant.

Civil Action No.:
1:19-cv-00659-JLS-JJM

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARDS, CLASS COUNSEL'S PROPOSED ATTORNEYS' FEES AND COSTS, AND SETTLEMENT ADMINISTRATOR'S FEES AND COSTS**

Plaintiffs, by and through their counsel, hereby seek final approval of their Joint Stipulation of Settlement and Release (the "Settlement Agreement") [97-1][1] with Defendant Trinity Packaging Corp., who does not oppose this Motion. The parties seek an order: (1) approving the Settlement Agreement as fair and adequate; (2) finally certifying this case as an FLSA collective action and Rule 23 class action for settlement purposes; (3) approving the proposed Service Awards (in the amount of $10,000 to each Named Plaintiff), Class Counsel's attorneys' fees ($280,000) and costs ($14,581.54), and Simpluris' settlement administration fees and costs ($7,850); and (4) dismissing the action by reason of settlement. The Motion is supported by Plaintiffs' Memorandum of Law, the Declaration of Class Counsel Jason T. Brown, and exhibits thereto. The Motion is scheduled to be heard on June 20, 2023 at 2:00 p.m.

Respectfully Submitted,

Dated: June 5, 2023     By:     */s/ Jason T. Brown*
                                 Jason T. Brown

---

[1] Bracketed references are to CM/ECF docket entries.

1

Nicholas Conlon (*admitted pro hac vice*)
BROWN, LLC
111 Town Square Pl, Suite 400
Jersey City, NJ 07310
TEL: (877) 561-0000
FAX: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that on June 5, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system.

By: */s/ Jason T. Brown*
Jason T. Brown